Nathaniel H. JONES, a/k/a Nathaniel Hampton, a/k/a Nathaniel Hampton Jones, Plaintiff–Appellant,

v.

State of SOUTH CAROLINA, Defendant–Appellee.

No. 01–7279.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 6, 2002.

Nathaniel H. Jones, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Nathaniel H. Jones appeals from the district court's order denying Jones' post-judgment motion seeking consolidation of this action with a mandamus petition Jones filed in this court. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Jones v. South Carolina,* No. CA–01–69–2–17AJ (D.S.C. July 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*